UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALEM ROSALES,<br><br>        Plaintiff,<br><br>vs.<br><br>BALLY AMERICAS, INC.,<br><br>        Defendant | Case No.: 2:21-cv-03734-SB-AFM<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL |

After the parties filed a notice of settlement on June 28, 2021, the Court on July 2 ordered them to show cause why the action should not be dismissed with prejudice, ordering that:

> If the parties file a proposed order to dismiss the entire action with prejudice by August 27, 2021, the case will be dismissed and this order to show cause discharged without further notice.  Otherwise, the defendants shall file a response to the complaint by September 3, 2021, and the parties should be prepared for the Court to set a date for the mandatory scheduling conference within 30 days thereafter.

Dkt. No. 13.  The parties did not file a proposed order to dismiss the case with prejudice by August 27 or thereafter, nor did Defendant file a response to the complaint by September 3.  Instead, the parties on August 27 filed a status report stating that "The parties are still in the process of finalizing a formal settlement agreement.  A notice of dismissal with prejudice of Plaintiff's individual claims will be filed upon execution of a formal settlement agreement."  Dkt. No. 14.  The parties did not state when they expect to finalize their settlement, nor did they seek leave to disregard the Court's order that in the absence of a proposed dismissal order, Defendant must file its answer by September 3.

Accordingly, IT IS HEREBY ORDERED that Defendant no later than September 13, 2021 shall file (1) a response to show cause why it should not be sanctioned for disregarding the Court's prior Order to Show Cause, and (2) its answer to Plaintiff's complaint.  However, if the parties have filed their proposed order to dismiss the entire action with prejudice by September 10, 2021, then Defendant is excused from making these additional filings, and the case will be closed.

Dated:  September 7, 2021



Stanley Blumenfeld, Jr.
United States District Judge