1  Thiago Coelho, SBN 324715
   thiago@wilshirelawfirm.com
2  Jasmine Behroozan, SBN 325761
3  jasmine@wilshirelawfirm.com
   **WILSHIRE LAW FIRM**
4  3055 Wilshire Blvd., 12th Floor
5  Los Angeles, California 90010
   Telephone: (213) 381-9988
6  Facsimile: (213) 381-9989

7  *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| SALEM ROSALES, individually and on behalf of all others similarly situated, | Case No.: 2:21-cv-03734-SB-AFM |
|---|---|
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| BALLY AMERICAS INC., a Delaware corporation; and DOES 1 to 10, inclusive, | |
| Defendants. | |

NOTICE OF DISMISSAL
CASE NO.: 2:21-cv-03734-SB-AFM

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff by and through her undersigned counsel hereby voluntarily dismiss all claims and causes of action asserted individually on behalf of Plaintiff with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Parties shall bear their own fees and costs.

Dated: September 9, 2021                    Respectfully Submitted,

/s/ *Thiago M. Coelho*
Thiago M. Coelho
Jasmine Behroozan
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 9, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system per Civ. L.R. 5.4(d).

Dated: September 9, 2021      /s/ Thiago M. Coelho
                              Thiago M. Coelho