```
 1 │ WILSHIRE LAW FIRM
   │ THIAGO COELHO, SBN 324715
 2 │ thiago@wilshirelawfirm.com
   │ JASMINE BEHROOZAN, SBN 325761
 3 │ jasmine@wilshirelawfirm.com
   │ 3055 Wilshire Boulevard, 12th Floor
 4 │ Los Angeles, California  90010
   │ Telephone:   (213) 381-9988
 5 │ Facsimile:   (213) 381-9989
   │
 6 │ Attorneys for Plaintiff
   │ SALEM ROSALES, individually and
 7 │ on behalf of all others similarly situated
   │
 8 │
   │ OGLETREE, DEAKINS, NASH,
 9 │ SMOAK & STEWART, P.C.
   │ DAVID RAIZMAN, CA Bar No. 129407
10 │ david.raizman@ogletree.com
   │ J. NICHOLAS MARFORI, CA Bar No. 311765
11 │ nicholas.marfori@ogletree.com
   │ 400 South Hope Street, Suite 1200
12 │ Los Angeles, CA  90071
   │ Telephone:   213-239-9800
13 │ Facsimile:   213-239-9045
   │
14 │ Attorneys for Defendant
   │ BALLY AMERICAS INC.
15 │
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| SALEM ROSALES, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>      v.<br><br>BALLY AMERICAS INC., a Delaware corporation and DOES 1 to 10, inclusive<br><br>             Defendants. | Case No. 2:21-cv-03734-SB-AFM<br><br>**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: May 4, 2021<br>Trial Date:       None<br>District Judge:   Hon. Stanley Blumenfeld, Jr.<br>                  Courtroom 6C, First St.<br>Magistrate Judge: Hon. Alexander F. MacKinnon<br>                  Courtroom 780, Roybal |
|---|---|

48505407_1.docx

Case No. 2:21-cv-03734-SB-AFM
JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
PURSUANT TO F.R.C.P. RULE 41(A)(1)(A)(II)

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Salem Rosales ("Plaintiff") and defendant Bally Americas Inc. ("Defendant") stipulate and jointly request that this Court enter a dismissal with prejudice in its entirety in the above-entitled action. Each party shall bear his or its own costs, experts' fees, and attorneys' expenses.

**IT IS SO STIPULATED.**

|  | Respectfully submitted, |
|---|---|
| DATED: September 9, 2021 | WILSHIRE LAW FIRM |
|  | By: /s/ Thiago Coelho<br>Thiago Coelho<br>Jasmine Behroozan |
|  | Attorneys for Plaintiff<br>SALEM ROSALES, individually and on behalf of all others similarly situated |
| DATED: September 9, 2021 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|  | By: /s/ David Raizman<br>David Raizman<br>J. Nicholas Marfori |
|  | Attorneys for Defendant<br>BALLY AMERICAS INC. |

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, David Raizman, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 9, 2021        By: /s/ David Raizman
                                    David Raizman

48505407.1

2    Case No. 2:21-cv-03734-SB-AFM
JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
PURSUANT TO F.R.C.P. RULE 41(A)(1)(A)(II)

48505407_1.docx